**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(MIAMI DIVISION)**

CASE NO. 16-25380-CIV-MORENO

SCOTT LEEDS, on behalf of himself and all
others similarly situated,

        Plaintiff,

v.

PETSMART, INC.,

        Defendant.
_____/

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Scott Leeds, and Defendant, PetSmart, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action without prejudice, with each party bearing its own attorneys' fees and costs.

Respectfully submitted this 16th day of August, 2017.

| | |
|---|---|
| */s/ Adam M. Moskowitz* | */s/ Robert M. Brochin* |
| Adam M. Moskowitz, Esq. (Fla. Bar No.984280) | Robert M. Brochin (Fla. Bar No. 319661) |
| amm@kttlaw.com | Brian M. Ercole (Fla. Bar No. 0102189) |
| Gail A. McQuilkin, Esq. (Fla. Bar No. 969338) | Clay M. Carlton (Fla. Bar No. 85767) |
| gam@kttlaw.com | **Morgan, Lewis & Bockius LLP** |
| Michal R. Lorigas, Esq. (Fla Bar No. 123597) | 200 South Biscayne Boulevard, Ste. 5300 |
| mlorigas@kttlaw.com | Miami, FL 33131-2339 |
| **KOZYAK TROPIN & THROCKMORTON** | Telephone: (305) 415-3000 |
| 2525 Ponce de Leon Blvd., 9th Floor | Facsimile: (305) 415-3001 |
| Coral Gables, FL 33134 | Email: bobby.brochin@morganlewis.com |
| Telephone: (305) 372-1800 | Email: brian.ercole@morganlewis.com |
| Facsimile: (305) 372-3508 | Email: clay.carlton@morganlewis.com |
| *Counsel for Plaintiff* | *Counsel for Defendant, Petsmart, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed on August 16, 2017 with the Clerk by using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ *Adam M. Moskowitz*

5079/101/10O9137